1323-14

CCA # 13-13-00170-CR

OFFENSE: Aggravated Assault

STYLE: JOSE ANGEL ACOSTA A/K/A JOE ANGEL ACOSTA v. THE STATE OF TEXAS

COUNTY: Nueces

TRIAL COURT: 28th District Court
TRIAL COURT #: 12-CR-0279-A (S1)
TRIAL COURT JUDGE: Hon. Nanette Hasette
DISPOSITION: AFFIRMED
DATE: _____
JUSTICE: _____ PC ___ S ___
PUBLISH: _____  DNP: _____

_____ MOTION
FOR REHEARING IS: _____
DATE: September 4, 2014
JUDGE: Gina M. Benavides

CLK RECORD: _____X_____
RPT RECORD: _____X_____
STATE BR: _____X_____
APP BR: _____X_____

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

# IN THE COURT OF CRIMINAL APPEALS

CCA # _____

----------------------

___PRO SE___ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: 02/04/2015

JUDGE: Per Curiam

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____  PC: _____
PUBLISH: _____  DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____